**Opinion issued July 26, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00608-CV

———————————

## IN RE GOLDING BARGE LINE, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Golding Barge Line, Inc. filed a petition for writ of mandamus challenging the trial court's June 29, 2012 order vacating its earlier order that compelled David Heep, the real party in interest, to submit to a medical

examination in the course of discovery in his workplace-injury lawsuit.[*]  The trial court has indicated that it will reconsider ordering Heep to submit to a medical examination after he has recovered from surgery.

Because the relator has not shown a clear abuse of discretion, we deny the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a); *In re Prudential Ins. Co. of America*, 148 S.W.3d 124, 135 (Tex. 2004) (orig. proceeding).

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.

---

[*] The underlying case is *David S. Heep v. Golding Barge Line, Inc.*; Cause Number 2011-09342, in the 113th District Court of Harris County, Texas, Honorable John Donovan, presiding.